JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Plaintiff*
*TriNet Pharma, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRINET PHARMA, INC., | Case No. 3:23-cv-00127-MMD-CSD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |
| STACEY BENEFIEL, an individual; BRENT CORDELL, an individual; and BENCOR BIO, INC., | |
| Defendants. | |

Plaintiff TriNet Pharma, Inc., by and through its counsel of record, Jackson Lewis P.C., and Defendants Stacey Benefiel, Brent Cordell, and Bencor Bio, Inc., by and through their counsel of record, McDonald Carano LLP, hereby stipulate and agree to voluntarily remand the above referenced matter to the Second Judicial District Court, Washoe County, Nevada (Case No. CV23-00334). The parties further agree and understand that they reserve and do not waive or forfeit any claims, defenses or other objections that they may have in this action.

Dated this 7th day of April, 2023

| JACKSON LEWIS P.C. | MCDONALD CARANO LLP |
|---|---|
| */s/ Joshua A. Sliker* | */s/ Philip Mannelly* |
| Joshua A. Sliker, NV Bar No. 12493 | Leigh Goddard, NV Bar No. 6315 |
| 300 S. Fourth Street, Ste. 900 | Philip Mannelly, NV Bar No. 14236 |
| Las Vegas, Nevada 89101 | 100 W. Liberty St., Tenth Floor |
| *Attorneys for Plaintiff* | Reno, Nevada 89501 |
| | *Attorneys for Defendants* |

## ORDER OF DISMISSAL AND REMAND

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is remanded to the Second Judicial District Court, Washoe County, Nevada, and the Clerk of Court is kindly directed to close this case.

DATED this   7th   day of   April  , 2023.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE